1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  ACADIA L. SENESE (CABN 251287)
   Special Assistant United States Attorney
5
6      450 Golden Gate Avenue, 11th Floor
       San Francisco, California 94102
7      Telephone:(415) 436-6809
       Fax:  (415) 436-7234
8      Email: acadia.senese@usdoj.gov

9  Attorneys for the United States of America
10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13
14 UNITED STATES OF AMERICA,        )  CR No. 09-0413 MAG
                                    )
15              Plaintiff,           )
                                    )  REQUEST FOR CONTINUANCE AND
16       v.                          )  STIPULATION AND ~~PROPOSED~~ ORDER
                                    )  EXCLUDING TIME UNDER THE
17 JOSHUA L. SMITH,                  )  SPEEDY TRIAL ACT FROM JULY 31,
                                    )  2009, TO OCTOBER 2, 2009
18              Defendant.           )
   _____ )
19                                  )

20     The next appearance is scheduled for status on July 31, 2009.  The government spoke with

21 defendant's counsel, and defendant's counsel represented hat defendant is currently in state

22 custody and counsel needs more time to meet with him. The government has no objection.

23 Accordingly, the parties request that the matter be continued from July 31, 2009 to October 2,

24 2009.  Furthermore, counsel for both parties agree as follows:

25     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b),

26 from July 31, 2009, to October 2, 2009, in light of the need for effective preparation of counsel

27 and continuity of counsel.  Failure to grant the requested continuance would unreasonably deny

28 defense counsel reasonable time necessary for effective preparation.

~~PROPOSED~~ ORDER AND STIPULATION
EXCLUDING TIME
CR 09-0413 MAG                           1

2. The parties agree that the ends of justice served by excluding the period from July 31, 2009, to October 2, 2009 outweigh the best interest of both the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 31, 2009, to October 2, 2009 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED:   8/5/09              /s/
ACADIA L. SENESE
Special Assistant United States Attorney

DATED:   7/30/09             /s/
RITA BOSWORTH
Attorney for Joshua L. Smith

For the reasons stated above, the Court hereby continues the current status date of July 31, 2009 to October 2, 2009.  The Court further finds that an exclusion of time between July 31, 2009, and October 2, 2009, is warranted and that the ends of justice served by the continuance outweighs the best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).  The failure to grant the requested continuance would deny defendant and deny defense counsel the reasonable time necessary for continuity of counsel and effective preparation taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  8/5/9

THE HON. Judge Joseph C. Spero
United States Magistrate Judge

PROPOSED ORDER AND STIPULATION
EXCLUDING TIME
CR 09-0413 MAG

2